JODI LINKER
Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	415.436.7700
Facsimile:	415.436.7706
Elizabeth_falk@fd.org

Counsel for Defendant BURKE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 24-70635 MAG |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF ELIZABETH FALK IN SUPPORT OF OPPOSITION TO GOVERNMENT'S MOTION TO REVOKE** |
| NATHANIAL BURKE, | |
| Defendant. | |

I, Elizabeth Falk, state as follows:

1. I am the Assistant Federal Public Defender appointed to represent the defendant, Nathanial Burke.

2. I was present during the Pretrial Services interview of Mr. Burke with US Pretrial Officer Vanessa Vargas on April 29, 2024.  I submit this Declaration to provide more detail about two areas of the report; Mr. Burke's substance use history, and Mr. Burke's travel to Mexico.

3. As to Mr. Burke's substance use history, the information in the report is correct.  I write to clarify that Mr. Burke provided additional information in the interview that his marijuana use was very sporadic and not chronic because he has been regularly subjected

to random drug testing in the course of his employment, both with Fed Ex and subsequently MTA.  He did report using marijuana a few times when he was between the Fed Ex and MTA jobs, then ceased all use of marijuana two years ago when he obtained the MTA job, and only tried marijuana in his 20s before that basically to try it.  He did not report a longstanding or chronic use of marijuana problem.  As to cocaine, Mr. Burke reported that his occasional, sporadic, weekend-only use of cocaine was in the context of his prior romantic relationship, which ended over a year ago.  Again, he did not report abusing cocaine or any chronic use of cocaine.

4. With respect to the travel to Mexico in 2021 and 2023, Mr. Burke also reported that his sole trips to Mexico involved (1) his father's remarriage to his new stepmother, when he attended the actual wedding, and (2) a subsequent trip there because his new stepmother has a timeshare and the family went to celebrate her birthday.  The reported travel to U.S. Pretrial was clearly vacation-related, and Mr. Burke did not report any ongoing connection to Mexico, family ties to Mexico, nor that he speaks Spanish.  Family members that I consulted with today have confirmed the same.

I swear under penalty of perjury the foregoing is true and correct.

Signed and dated on the 2nd day of May, 2024 in San Francisco, California.

_____/S/_____
ELIZABETH FALK