# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

May 09 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. Nathanial Alfonso Burke | **CASE NUMBER:** 3:24-cr-00262 JSC CR |
| **Is This Case Under Seal?** | Yes    No ✓ |
| **Total Number of Defendants:** | 1 ✓    2-7    8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓    OAK    SJ |
| **Is this a potential high-cost case?** | Yes    No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✓ |
| **Is this a RICO Act gang case?** | Yes    No ✓ |
| **Assigned AUSA (Lead Attorney):** Matthew Chou | **Date Submitted:** May 7, 2024 |

**Comments:**

SAUSA Matthew Chou has two PACER accounts; please docket the account associated with email address matthew.chou2@usdoj.gov.

This is the indictment for USA v. Burke (Case No. 3:24-mj-70635-MAG). Mr. Burke was arrested by criminal complaint on April 25, 2024 and has been in custody.

Form CAND-CRIM-COVER (Rev. 11/16)    RESET FORM    SAVE PDF

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED

May 09 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

NATHANIAL ALFONSO BURKE,

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor;
18 U.S.C. §§ 2252(a)(2) and (b)(1) – Distribution of Child Pornography;
18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography; and
18 U.S.C. §§ 2253(a) and 2428 – Criminal Forfeiture

A true bill.

/s/ Foreperson of the Grand Jury
                                                    Foreman

Filed in open court this __7th__ day of

__May 2024__

*Brenda Lopez*
                                                    Clerk

Bail, $ __No Bail__

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

FILED

May 09 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.   3:24-cr-00262 JSC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | <u>VIOLATIONS</u>:<br>18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor;<br>18 U.S.C. §§ 2252(a)(2) and (b)(1) – Distribution of Child Pornography;<br>18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography; and<br>18 U.S.C. §§ 2253(a) and 2428 – Criminal Forfeiture<br><br>SAN FRANCISCO VENUE |
| NATHANIAL ALFONSO BURKE, | ) | |
| Defendant. | ) | |

I N D I C T M E N T

The Grand Jury charges:

<u>Introductory Allegations</u>

At all times relevant to the Indictment, with all dates approximate and all date ranges approximate and inclusive:

*Defendant Distributes Child Sexual Abuse Material to Entice Minor M.*

1.   Starting at least as early as January 2022, an individual later identified as Defendant NATHANIAL ALFONSO BURKE began posting on an online forum focused on discussions of incest. On or about January 17, 2022, for example, BURKE posted, "I would love to talk to real parents who enjoy there [sic] families and hear your story and how you got started" in a thread titled "Real Parent?"

INDICTMENT

2. In or about February 2024, a Special Agent of the Federal Bureau of Investigation (FBI) set up undercover online accounts purporting to be an 11-year-old girl and her adult father. These accounts operated on several online messaging applications.

3. The 11-year-old girl and the undercover account posing as her are referred to as "Minor M." in this Indictment. Minor M.'s purported adult father and the undercover account posing as her father are referred to as Minor M.'s father or "the father" in this Indictment.

4. At the time of BURKE's messages with Minor M.'s father and Minor M., BURKE was about 33 years old.

5. Given BURKE's forum posts, the undercover FBI agent messaged Burke on an online messaging application.

6. BURKE accepted Minor M.'s father's message request and steered the conversation toward actual minors. On or about February 22, 2024, BURKE wrote: "you said you are a divorced dad how old is your kid and have you ever had thoughts of them?" Minor M.'s father responded that his daughter was 11 years old. BURKE replied, "Ohhh amazing age she's just starting to grow into her body very hot [Red Face with sweat emoticon] you're a very lucky dad."

7. On the same day as Minor M.'s father's first message, BURKE started proposing to the father that BURKE engage in sexual contact with the 11-year-old. On or about February 22, 2024, BURKE wrote: "Man I can't lie I'd [sic] be soo hot to watch and play with you guy like damn I know I'm getting ahead of myself but I just had to say it outloud lol [Laughing Face with Tears emoticon]."

8. On or about February 23, 2024, BURKE and Minor M.'s father began to text message each other on another online application. And with the start of their conversation on that application, Burke began to message Minor M.'s father child sexual abuse material (CSAM, also known as "child pornography")—that is, visual depictions of minors engaging in sexually explicit conduct. The CSAM that Burke sent included visual depictions involving prepubescent minors who had not attained 12 years of age.

9. By on or about February 25, 2024, BURKE proposed to Minor M.'s father that BURKE engage in sexual activity with Minor M. BURKE also wrote, "just know I'm very real and definitely want this to happen."

INDICTMENT                                     2

10. By on or about February 27, 2024, BURKE started messaging Minor M. directly on another online messaging application. In those messages, BURKE proposed to Minor M. that they engage in sexual activity. Burke wrote to Minor M., for example, that "once your a little older maybe in like 2 or 3 years it won't hurt anymore."

11. On or about April 22, 2024, BURKE messaged an online group chat that included Minor M.'s account and the father's account. BURKE wrote: "I have a picture that I want you to see because it's kinda something we can try all together." BURKE then sent CSAM to the group.

12. BURKE and Minor M.'s father arranged to meet at a hotel in Rohnert Park on April 25, 2024, to engage in sexual activity with Minor M.

*Defendant Drives to a Hotel to Engage in Sexual Activity with Minor M.*

13. On or about April 25, 2024, BURKE drove for over an hour to the hotel in Rohnert Park. On an online application, Minor M.'s father messaged BURKE that he and Minor M. were in an upstairs room.

14. BURKE parked in the hotel lot and walked to the second floor of the hotel.

15. While at the hotel, BURKE messaged Minor M.'s father that "I think my brain won't let me just walk to a hotel room without meeting the person I've watched to much cops lol [crying face emoji]."

16. Law enforcement arrested BURKE at the hotel. At the time of his arrest, BURKE had condoms in his pocket.

COUNT ONE:   (18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor)

17. On or about February 22, 2024, and continuing through on or about April 25, 2024, in the Northern District of California and elsewhere, the defendant,

NATHANIAL ALFONSO BURKE,

using any facility and means of interstate and foreign commerce, to wit, the Internet and a cellular phone, did knowingly attempt to persuade, induce, entice, and coerce Minor M., a person he believed had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, such as Unlawful Sexual Intercourse with a Person Under the Age of 18 Years in violation of California Penal Code Section 261.5 and a Lewd Act Upon a Child Under the Age of 14

INDICTMENT                                3

Years in violation of California Penal Code Section 288, all in violation of Title 18, United States Code, Section 2422(b).

COUNT TWO:       (18 U.S.C. §§ 2252(a)(2) and (b)(1) – Distribution of Child Pornography)

18.    On or about February 22, 2024, and continuing through on or about April 25, 2024, in the Northern District of California and elsewhere, the defendant,

NATHANIAL ALFONSO BURKE,

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

COUNT THREE:     (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

19.    Beginning on a date unknown to the Grand Jury, but continuing through on or about April 25, 2024, in the Northern District of California and elsewhere, the defendant,

NATHANIAL ALFONSO BURKE,

did knowingly possess matter which contained at least one visual depiction that had been shipped and transported in and affecting interstate and foreign commerce and that was produced using materials which had been mailed, shipped, and transported in using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, and such visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

FORFEITURE ALLEGATIONS:     (18 U.S.C. §§ 2253(a) and 2428)

20.    The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 2253 and 2428.

21.    Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422, including Count One of the Indictment, the defendant,

NATHANIAL ALFONSO BURKE,

shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to, the following:

    a. One iPhone 14 Pro seized from defendant's person on April 25, 2024; and

    b. One Subaru Crosstrek bearing Vehicle Identification Number JF2GTACC3P9216823.

22. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

23. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252, including Count Two or Count Three of the Indictment, the defendant,

NATHANIAL ALFONSO BURKE,

shall forfeit to the United States of America:

    a. any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

|   |   |   |
|---|---|---|
| 1 | c. | any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses. |
| 3 | 24. | The property to be forfeited includes, but is not limited to, one iPhone 14 Pro seized from defendant's person. |
| 5 | 25. | If any of the property described above, as a result of any act or omission of the defendant: |
| 6 | a. | cannot be located upon exercise of due diligence; |
| 7 | b. | has been transferred or sold to, or deposited with, a third party; |
| 8 | c. | has been placed beyond the jurisdiction of the court; |
| 9 | d. | has been substantially diminished in value; or |
| 10 | e. | has been commingled with other property which cannot be divided without difficulty, |

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

DATED:   May 7, 2024                                    A TRUE BILL.

                                                         /s/

                                                         _____
                                                         FOREPERSON

ISMAIL J. RAMSEY
United States Attorney

/s/ *Matthew Chou*
MATTHEW CHOU
Special Assistant United States Attorney

INDICTMENT                                              6

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

1. Attempted enticement of a minor, in violation of 18 U.S.C. §2422(b)
2. Knowingly distributed child pornography, in violation of 18 U.S.C. §2252(a)(2); and
3. Knowingly possessed, and knowingly accessed with intent to view, child pornography, in violation of 18 U.S.C. §2252(a)(4)

☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony

**PENALTY:** 18 U.S.C. §2422(b) (attempted enticement) - 10 years to life
18 U.S.C. §2252(a)(2) (distribution) - 5 to 20 years' imprisonment
18 U.S.C. §2252(a)(4) (possession) - up to 10 years' imprisonment
Superv'd release of 5 years for enticement; 3 yrs for other charges
Fine of $250,000; forfeiture under 18 U.S.C. §§ 2253(a) and 2428

## DEFENDANT - U.S

Nathanial Alfonso Burke

**DISTRICT COURT NUMBER**
3:24-cr-00262 JSC

**FILED**
May 09 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation (FBI)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**
3:24-mj-70635

Name and Office of Person Furnishing Information on this form: ISMAIL RAMSEY
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): SAUSA Matthew Chou

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ► Month/Day/Year April 25, 2024
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:
in custody

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

Comments: