

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** March 18, 2026                                        **Time:** 00:54

**Judge:** Jacqueline Scott Corley

**Case Number:** 24-cr-00262-JSC-1

**Case Name:** United States of America v. Nathanial Alfonso Burke

☒ **Present**   ☐ **Not Present**   ☒ **In-Custody & Remanded**

**Attorney for United States:** Sara Henderson
**Attorney for Defendant:** Elizabeth Falk

**Deputy Clerk:** Ada Means                          **Court Reporter:** Ana Dub

**Probation Officer:** Pepper Friesen

### PROCEEDINGS

Sentencing hearing held. The Court sentenced the defendant to the Bureau of Prisons for a term of 126 months on Counts One, Two, and Three of the Indictment. All counts to be served concurrently. Upon release, defendant shall be placed on supervised release for a term of 15 years. Defendant shall pay a special assessment fee of $300.00. The Court finds that the defendant does not have the ability to pay a fine and ordered the fine waived. Please refer to the judgment for complete details.  A restitution hearing is set for **April 29, 2026 at 10:00 a.m.** Defendant's appearance is waived.